IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>  Plaintiff,<br><br>v.<br><br>BOULEVARDS NEW MEDIA, INC., a<br>California Corporation; and DOES 1-10<br><br>  Defendant. | Case No. 3:15-cv-03676 (MMC) |

## STIPULATION OF DISMISSAL

Plaintiff David Gordon Oppenheimer and Defendant Boulevards New Media, Inc., in the above captioned action, by undersigned counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own fees and costs.

Dated: Santa Monica, CA
January 4, 2016

Dated: San Francisco, CA
January 4, 2016

LAW OFFICES OF ADAM I. GAFNI

Adam I. Gafni
Attorneys for Plaintiff
DAVID GORDON OPPENHEIMER
2811 Wilshire Blvd. Suite 780
Santa Monica, CA 90403
Tel: (424) 744 – 8344

DAVIS WRIGHT TREMAINE LLP

Thomas R. Burke
Attorneys for Defendant
BOULEVARDS NEW MEDIA, INC.
505 Montgomery St., Suite 800
San Francisco, CA 94111
Tel: (415) 276-6552

6

DWT 28526486v5 0085881-000001



GRANTED
Judge Maxine M. Chesney

Dated: January 6, 2016